**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| NIMBUS CONCEPTS, LLC, | ) Case No. _____ |
| | ) Chapter 11 |
| Debtor. | ) |

**CORPORATE OWNERSHIP STATEMENT**

     In a case in which the debtor is a corporation (other than a governmental unit), or where any corporation is a party to an adversary proceeding (other than the debtor or a governmental unit), the following information is required pursuant to FED. R. BANKR. P. 1007(a)(1) and 7007.1 and L.B.R. 1007-4 and L.B.R. 7007.1-1:

Check applicable box:

[X]    There are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[]    The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:

Dated: December 11, 2017.                    By: */s/ Mark Kraft*
                                                           Mark Kraft, Director

                                                           WADSWORTH WARNER CONRARDY, P.C.

                                                           */s/ David V. Wadsworth*
                                                           David V. Wadsworth, #32066
                                                           David J. Warner, #38708
                                                           1660 Lincoln Street, Suite 2200
                                                           Denver, CO 80264
                                                           Phone: (303) 296-1999/Fax: (303) 296-7600
                                                           E-mail: dwadsworth@wwc-legal.com