**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-21235 |
| NIMBUS CONCEPTS, LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**DISCLOSURE REGARDING RECEIVERS**

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

Check applicable box:

[X]   No receiver is in possession of debtor's property

[ ]   A receiver is in possession of all or part of the debtors' property:.

Dated:  December 11, 2017.                NIMBUS CONCEPTS, LLC

*/s/ Mark Kraft*

By: Mark Kraft
Its: Director

WADSWORTH WARNER CONRARDY, P.C.

*/s/ David V. Wadsworth*

David V. Wadsworth, #32066
David J. Warner, #38708
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
dwadsworth@wwc-legal.com
Phone: (303) 296-1999/Fax: (303) 296-7600
Attorneys for Debtor