## LIMITED LIABILITY COMPANY RESOLUTION

We, Scott Brandt, Mark Kraft, and Michael Hogan, declare that we are Directors of Nimbus Concepts, LLC (the "Company"), and that on November 28, 2017 the following resolutions were duly adopted at a meeting of the Board of Directors by a majority of the Directors:

WHEREAS, all members of the Company's Board of Directors (Scott Brandt, Kenneth Allan, Mark Kraft, and Michael Hogan) received notice of the meeting and three members (Scott Brandt, Mark Kraft, and Michael Hogan) attended the meeting;

WHEREAS, pursuant to Section 6.3 of the Second Amended and Restated Operating Agreement of the Company, the Board of Directors of the Company has the power and authority to adopt the resolution set forth herein; and,

WHEREAS, the Board of Directors determined by majority vote that it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 11 of Title 11 of the United States Code and to appoint Mark Kraft as the Company's authorized agent in connection with such bankruptcy filing.

BE IT THEREFORE RESOLVED that the Company is authorized to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 11 of Title 11 of the United States Code;

BE IT FURTHER RESOLVED that Mark Kraft is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company;

BE IT FURTHER RESOLVED that Mark Kraft and Scott Brandt are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

BE IT FURTHER RESOLVED that Mark Kraft is authorized and directed to open bank accounts for the Company in anticipation of the bankruptcy filing; and,

BE IT FURTHER RESOLVED that the Company is authorized and directed to employ the law firm of Wadsworth Warner Conrardy, P.C. to represent the Company in such bankruptcy case.

Executed on November 29, 2017.

_____
Scott Brandt, Director

*Mark Kraft*
_____
Mark Kraft, Director

*[signature]*
_____
Michael Hogan, Director

## LIMITED LIABILITY COMPANY RESOLUTION

We, Scott Brandt, Mark Kraft, and Michael Hogan, declare that we are Directors of Nimbus Concepts, LLC (the "Company"), and that on November 28, 2017 the following resolutions were duly adopted at a meeting of the Board of Directors by a majority of the Directors:

WHEREAS, all members of the Company's Board of Directors (Scott Brandt, Kenneth Allan, Mark Kraft, and Michael Hogan) received notice of the meeting and three members (Scott Brandt, Mark Kraft, and Michael Hogan) attended the meeting;

WHEREAS, pursuant to Section 6.3 of the Second Amended and Restated Operating Agreement of the Company, the Board of Directors of the Company has the power and authority to adopt the resolution set forth herein; and,

WHEREAS, the Board of Directors determined by majority vote that it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 11 of Title 11 of the United States Code and to appoint Mark Kraft as the Company's authorized agent in connection with such bankruptcy filing.

BE IT THEREFORE RESOLVED that the Company is authorized to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 11 of Title 11 of the United States Code;

BE IT FURTHER RESOLVED that Mark Kraft is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company;

BE IT FURTHER RESOLVED that Mark Kraft and Scott Brandt are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

BE IT FURTHER RESOLVED that Mark Kraft is authorized and directed to open bank accounts for the Company in anticipation of the bankruptcy filing; and,

BE IT FURTHER RESOLVED that the Company is authorized and directed to employ the law firm of Wadsworth Warner Conrardy, P.C. to represent the Company in such bankruptcy case.

Executed on November 29, 2017.

_____
Scott Brandt, Director

_____
Mark Kraft, Director

_____
Michael Hogan, Director