## United States Bankruptcy Court
### District of Colorado

| | | |
|---|---|---|
| In re  **Nimbus Concepts, LLC** | Case No. | **17-21235** |
| Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aaron Calodney** | B | 24500 | Member |
| **Cumulo, LLC (Mark Kraft)**<br>141 Legacy Trail<br>Edwards, CO 81632 | B | 245000 | Member |
| **Debbie Holly** | B | 73529 | Member |
| **Deborah Ast** | B | 49000 | Member |
| **Ken Allen** | B | 98000 | Member |
| **Non Nobis, LTD (Michael Hogan)**<br>141 Legacy Trail<br>Edwards, CO 81632 | B | 332785 | Member |
| **Robert E. Wright**<br>c/o Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202 | A | 1000001 | Member |
| **Scott Brandt**<br>141 Legacy Trail<br>Edwards, CO 81632 | A | 1000000 | Member |
| **Timothy Houten** | C | 122500 | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 10, 2018**     Signature  /s/Mark Kraft
                                          **Mark Kraft**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.

In re:  **Nimbus Concepts, LLC**   Case No. **17-21235**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

18 U.S.C. §§ 152 and 3571.