UNITED STATES BANKRUPTCY COURT
District of Colorado

|  |  |  |
|---|---|---|
| In re: NIMBUS CONCEPTS, LLC | ) | Case No. 17-21235 KHT |
|  | ) |  |
| Debtor. | ) | Chapter 11 |
|  | ) |  |

### OBJECTION TO NIMBUS CONCEPTS, LLC'S MOTION FOR TURNOVER OF PROPERTY PURSUANT TO 11 U.S.C. § 542 AND FOR A DETERMINATION THAT THE AUTOMATIC STAY IS INAPPLICABLE

Dr. Robert E. Wright, by and through his undersigned attorneys, and for his Objection to Nimbus Concepts, LLC's ("Nimbus") Motion for Turnover of Property Pursuant to 11 U.S.C. § 542 and for a Determination that the Automatic Stay is Inapplicable (the "Motion")[1], states as follows:

1. Dr. Wright is a creditor and member of Nimbus. On December 29, 2017, Nimbus filed its Motion for Turnover of Property Pursuant to 11 U.S.C. § 542 and For a Determination that the Automatic Stay is Inapplicable. [Dkt. #27].

2. Until the fall of 2016, Dr. Wright was involved in the day-to-day operations of Nimbus and the promotion of Nimbus' products. Dr. Wright's involvement required him to travel extensively both domestically and internationally.

3. At that time, due to Nimbus' limited access to credit, Nimbus required Dr. Wright to charge all business-related expenses to his personal credit card and then seek reimbursement from Nimbus.

4. Due to this arrangement, Dr. Wright does have in his possession certain financial documents which relate to expenses incurred or paid on Nimbus' behalf; however, Dr. Wright disputes that these documents are unique and/or only available from Dr. Wright.[2] Furthermore, Dr. Wright has previously provided copies of all relevant documents in his possession, in confidence, to the Nimbus' board of managers.

5. Nonetheless, Dr. Wright has informed Nimbus, through counsel, that he is willing to again provide copies of the relevant financial documents to Nimbus under the provisions of a confidentiality agreement, a draft of which has already been provided to Nimbus' counsel, in order to ensure that Dr. Wright's confidential personal financial information, which is also contained

---

[1] The Motion was also filed in Dr. Wright's pending Chapter 11 proceeding, Case No. 17-13391 TBM.
[2] Dr. Wright disputes all allegations set forth in the Motion unless expressly admitted herein.

within the credit card invoices, is maintained in confidence.

WHEREFORE, Dr. Robert E. Wright respectfully requests that this Court: deny the Motion for Turnover filed by Nimbus Concepts, LLC and grant such other relief as the Court deems appropriate.

Dated this 25th day of January, 2018.

Respectfully submitted,

*/s/ Mark A. Larson*
Patrick D. Vellone, #15284
Mark A. Larson, #30659
Antonio L. Convers, #40212
1600 Stout Street, Ste. 1100
Denver, Colorado 80202
(303) 534-4499
pvellone@allen-vellone.com
mlarson@allen-vellone.com
aconverse@allen-vellone.com

Co-Counsel:
Jeffrey A. Weinman, #7605
Weinman & Associates, P.C.
730 17th St., Ste. 240
Denver, CO 80202
(303) 572-1010
jweinman@weinmanpc.com

ATTORNEYS FOR ROBERT E. WRIGHT

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of January, 2018, I caused the foregoing **OBJECTION TO NIMBUS CONCEPTS, LLC'S MOTION FOR TURNOVER OF PROPERTY PURSUANT TO 11 U.S.C. § 542 AND FOR A DETERMINATION THAT THE AUTOMATIC STAY IS INAPPLICABLE**, to be served by CM/ECF pursuant to L.B.R. 5005-4(a), to the following:

Bret R. Evans
15 W. South Temple, Ste., 1200
Salt Lake City, UT 84101

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

David Wadsworth
David Warner
1660 Lincoln St., Ste. 2200
Denver, CO 80264

Jeffrey Weinman
730 17th St., Ste. 240
Denver, CO 80202

                                              */s/ Mark A. Larson*