**Fill in this information to identify the case:**

Debtor name: **Nimbus Concepts, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **17-21235**

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................... $ 227,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................... $ 227,000.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ 118,089.16

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 139,000.00

4. **Total liabilities** ............................................................................................................... $ 257,089.16
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **Nimbus Concepts, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): **17-21235**

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Business checking account (see Attachment 1 to Statement of Financial Affairs). | Business Checking | | Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                              $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | Security deposits (see Attachment 1 to Statement of Financial Affairs). | Unknown |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                              $0.00
   Add lines 7 through 8. Copy the total to line 81.

Official Form 206A/B             Schedule A/B Assets - Real and Personal Property             page 1

Debtor **Nimbus Concepts, LLC**
Name

Case number (If known) **17-21235**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

11b. Over 90 days old:   **227,000.00** − **0.00** =.... **$227,000.00**
                          face amount           doubtful or uncollectible accounts

**12. Total of Part 3.**   **$227,000.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                           % of ownership

15.1. Non-publicly traded stock and interests in incorporated and unincorporated businesses (see Attachment 1 to Statement of Financial Affairs).   **Unknown** %         **Unknown**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17. Total of Part 4.**   **$0.00**
Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

Debtor **Nimbus Concepts, LLC**                                                          Case number (If known) **17-21235**
       Name

| | | | |
|---|---|---|---|
| **Inventory or supplies (see Attachment 1 to Statement of Financial Affairs).** | Unknown | | Unknown |

23. **Total of Part 5.**                                                                                          **$0.00**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture (see Attachment 1 to Statement of Financial Affairs). | Unknown | | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment (see Attachment 1 to Statement of Financial Affairs). | Unknown | | Unknown |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                                          **$0.00**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No

| Debtor | **Nimbus Concepts, LLC** | Case number (If known) **17-21235** |
|---|---|---|
| | Name | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Patents and any other associated intellectual property as listed below:**<br>**US Ser. No. 61/280,557;**<br>**US Ser. No. 61/347,351;**<br>**US Ser. No. 12/940,974;**<br>**US Ser. No. 15/098,673;**<br>**CN105167844;**<br>**WO2011057157A1;**<br>**JP2016019921A;**<br>**CA2778997A1;**<br>**EP2496116A4;**<br>**EP2496166A1;**<br>**JP2013509966A;**<br>**JP5836964B2; and**<br>**(see Attachment 1 to Statement of Financial Affairs).** | Unknown | | Unknown |
| 61. | **Internet domain names and websites**<br>**Website and domain name:**<br>**www.nimbusconcepts.com** | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer lists (see Attachment 1 to Statement of Financial Affairs).** | Unknown | | Unknown |

Debtor   **Nimbus Concepts, LLC**                                          Case number *(If known)* **17-21235**
         Name

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                                                          **$0.00**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                                        **Current value of
                                                                                                        debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **(See Attachment 1 to Statement of Financial Affairs).**     Tax year _____        **Unknown**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Potential claim against Robert E. Wright and co-conspirators for breach of fiduciary duty, fraud, embezzlement, and/or civil theft (see Attachment 1 to Statement of Financial Affairs).**

    **Potential counterclaims against Biomerics, LLC in Case #217CV01059TS currently pending in the U.S. District Court of Utah.**                                                                              **Unknown**

    | Nature of claim   | Civil  |
    | Amount requested  | $0.00  |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                                    page 5
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Debtor **Nimbus Concepts, LLC**
Name

Case number *(If known)* **17-21235**

country club membership

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $0.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

Debtor  **Nimbus Concepts, LLC**  Case number *(If known)* **17-21235**
        Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$227,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $227,000.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$227,000.00** |