| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Nimbus Concepts, LLC<br>First Name   Middle Name   Last Name | Case #: | 17-21235 KHT |
| Debtor 2: <br>First Name   Middle Name   Last Name | Chapter: | 11 |

## Local Bankruptcy Form 3022-1.1
## Chapter 11 Final Report and Motion for Final Decree (Chapter 11 Business Debtor)

**Complete applicable sections.**

### Part 1   Report and Motion

Comes now the debtor, and pursuant to the provisions of 11 U.S.C. § 1106(a)(7) as ordered by this Court, and submits that the estate herein is fully administered and that the plan has been substantially consummated as follows:

1. That the order confirming the plan has become final;
2. That the administrative claimants have been paid in accordance with the provisions of the plan as shown in Schedule A/B, attached hereto;
3. That substantially all of the property of the debtor has or will soon be transferred according to the provisions of the plan as shown in Schedule A/B attached hereto;
4. That the debtor has liquidated its assets as set forth in the plan;
5. That distribution has been commenced under the plan, and that payments to creditors and other interested parties have been undertaken as shown in Schedule C attached hereto; and
6. That all motions, contested matters, and adversary proceedings have been finally resolved.

WHEREFORE the debtor herein prays for the entry of the Final Decree pursuant to Fed. R. Bankr. P. 3022, finding that the estate has been fully administered and, therefore, ordering the closing of the case.

### Part 2   Signature of Debtor's Attorney

DATED this 11th day of June, 2019.

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David J. Warner*
David J. Warner, #38708
2580 W. Main St., Ste. 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
dwarner@wgwc-law.com

**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1: Nimbus Concepts, LLC
First Name    Middle Name    Last Name

Case #: 17-21235 KHT

Debtor 2: _____
First Name    Middle Name    Last Name

Chapter: 11

**SCHEDULE A/B**

Nature and amount of deposits distributed in accordance with the provisions of the plan:

| Nature of deposit | Amount | Distributions |
|---|---|---|
| Funds remaining from sale of estate assets | $128,506.59 as of June 11, 2019 | Paid to administrative claimants as follows: $61.50 in bank fees; $2,575.00 to accountant; $10,664.93 to bankruptcy counsel; and $1,954.64 to United States Trustee. |
|  |  |  |

The following property of the debtor will soon be transferred according to the provisions of the plan:

| Nature of property | Value of property | To be Transferred to | Date of transfer (actual or estimated) |
|---|---|---|---|
| Proceeds from sale of the Debtor's assets | $128,506.59 | Secured Creditor Knobbe, Martens, Olsen & Bear, LLP with a claim of $34,847.87 | July 22, 2019 (estimated) |
|  |  | Secured Creditor HKBA, LLC with a claim of $18,750.00 | July 22, 2019 (estimated) |
|  |  | Remaining amount to be collected from sale of assets will be transferred to unsecured creditors and equity interest holders as set forth in the Plan | As funds from sale are received |

| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Nimbus Concepts, LLC | Case #: | 17-21235 KHT |
| Debtor 2: | Chapter: | 11 |

## SCHEDULE C

Payments to be completed under the provisions of the plan are as follows:

Administrative Payments/Fees and Taxes:

1. Trustee's commissions and expenses — $
2. Accountant's fees — $1,000.00 (estimated)
3. Auctioneer's fees — $
4. Appraiser's fees — $
5. Attorney's fees
    a. for creditors' committee — $
    b. for trustee — $
    c. for debtor — $1,000.00 (estimated)
    d. other attorney's fees — $
6. Taxes, fines, penalties, etc. (11 U.S.C. § 502(b)(1)(B) & (C)) — $
7. Other non-operating costs of administration (itemize on attached document) — $
8. **Total administrative payments/fees and taxes** — $

**Other Priority Payments:**

1. Post involuntary petition/pre-relief claims — $
2. Wages, etc. — $
3. Contributions to employee benefit plans — $
4. Deposits for undelivered service or property — $
5. Taxes (11 U.S.C. § 507(a)(6)) — $
6. **Total other priority payments:** — $

**Other Payments Completed Under the Plan:**

1. Payments to secured creditors — $53,597.87

2. Payments to unsecured creditors — $70,363.03

3. Payments to equity holders — $Any funds remaining from liquidation sale

4. Other distributions — $

5. **Total other payments to be completed under the plan** — $