# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NIMBUS CONCEPTS, LLC | ) | Case No. 17-21235 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |

_____

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER
_____

On June 11, 2019, Nimbus Concepts, LLC, Movant, filed a motion pursuant to L.B.R. 9013-1 entitled **Chapter 11 Final Report and Motion for Final Decree** (the "Motion").  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the Motion on June 11, 2019.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1, as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on June 11, 2019.

3. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, (Docket No. 178);
    b. the notice, (Docket No. 179);
    c. the certificate of service of the Motion and the notice, (Docket No. 180); and
    d. the proposed order, (Docket No. 178).

4. No objections to or requests for hearing on the Motion were received by the undersigned or filed with the court.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was submitted with the Motion, granting the requested relief.

DATED this 12th day of July, 2019.

                    Respectfully submitted,

                    WADSWORTH GARBER WARNER CONRARDY, P.C.

                    */s/David J. Warner*
                    David J. Warner, #38708
                    2580 W. Main St., Suite 200
                    Littleton, Colorado 80120
                    303-296-1999 / 303-296-7600 FAX
                    dwarner@wgwc-law.com