**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | |
| | Bankruptcy Case No. 17-21235 KHT |
| NIMBUS CONCEPTS, LLC, | |
| | Chapter 11 |
| Debtor. | |

**FINAL DECREE**
**(Chapter 11 Business Debtor)**

The estate of the above-named debtor having been fully administered, it is

    ORDERED that the Chapter 11 case of the above-named debtor is hereby closed.

DATED July 17, 2019.

BY THE COURT:

*Kimberley H Th—*
_____

United States Bankruptcy Judge
